TODD GALLINGER, ESQ. SBN 238666
AABRU MADNI, ESQ. SBN 317472
GALLINGER LAW PC
4401 N Atlantic Ave., Ste 235
Long Beach, CA 90807
949-862-0010
todd@gallingerlaw.com

Attorneys for Defendants GG Distribution, Inc., AND Reliance Trading, Inc., dba US Vape Wholesale

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SV3, LLC, an Arizona limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> GG DISTRIBUTION, INC., a California corporation; RELIANCE TRADING, INC., dba US VAPE WHOLESALE, a California Corporation; SPOTLESS DISTRIBUTION, INC., a California Corporation; and IE VAPOR, INC., a California Corporation, <br><br><br> Defendant(s) | Case No.: 5:19-cv-00046-JGB (SPx) <br> Hon. Jesus G. Bernal <br> Hon. Magistrate Sheri Pym <br> Ctrm: 1 <br><br><br> DECLARATION OF UMAIS ABUBAKER |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL:

I, Umais Abubaker, declare:

1.  I am an agent for GG Distribution, Inc., and I make this declaration for the purpose of opposing the Ex Parte Application filed by SV3, LLC on January 14, 2019.

2. The matters contained within this documents are true of my own knowledge, except as to those matters, which are stated on or appear as information and belief, and as to those matters, I believe them to be true.

3. I am familiar with GG Distribution, Inc.'s sourcing of the SV3 products it previously offered for sale.

4. GG Distribution, Inc. has never knowingly offered any counterfeit products for sale, made by SV3 or otherwise, and has always obtained SV3 products from licensed resellers.

5. GG Distribution purchased all the SV3 products it previously offered for sale from Tinted Brew, Inc., who is a licensed reseller of SV3 products. The invoices from GG Distribution, Inc.'s purchases from Tinted Brew, Inc. are attached hereto as Exhibit 1.

6. GG Distribution was initially contacted by attorneys for SV3 in a cease-and-desist letter November 2, 2019 and again in a letter dated November 9, 2019.

7. GG Distribution, Inc. responded to the letters by email, providing assurances and invoices. A copy of the email exchange with SV3 lawyer's is attached hereto as Exhibit 2.

8. Following receipt of the cease-and-desist letter, GG Distribution, Inc. halted all sales of SV3 products. This was not because the products were counterfeit, but rather GG Distribution wished to avoid doing business with a litigious company, especially when there are so many similar and competing products on the market.

9. GG Distribution currently has no SV3 products in its possession, outside of a small number of nonfunctioning products returned by customers.

10. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 15th day of January, 2019

By:

UMAIS ABUBAKER, Agent
for GG Distribution, Inc.

DECLARATION OF UMAIS ABUBAKER - 2

Scanned with CamScanner