**Tinted Brew, INC**
21416 Chase St Unit 1
Canoga Park, CA  91304 US
818-280-6900
info@tintedbrew.com
www.tintedbrew.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| GG Distribution | GG Distribution | **INVOICE #** | 1041 |
| B.O.E # LD Q STF 90-006948 | B.O.E # LD Q STF 90-006948 | **DATE** | 04/11/2018 |
| GG Distribution | GG Distribution | **DUE DATE** | 04/11/2018 |
| B.O.E # LD Q STF 90-006948 | B.O.E # LD Q STF 90-006948 | **TERMS** | DUE UPON RECEIPT |
| 463 E 4th St | 463 E 4th St | | |
| Los Angeles, CA  90013 | Los Angeles, CA  90013 | | |
| United States | United States | | |

**PAID**

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Metal Collection<br>Silver: 100<br>Rainbow: 100<br>Black: 100<br>Gold: 100 | 400 | 20.00 | 8,000.00 |
| **Sales**<br>Digital Collection<br>Black: 50<br>Grey: 50<br>Blue: 50<br>Orange: 50 | 200 | 18.00 | 3,600.00 |
| **Sales**<br>Pod Packs | 200 | 4.00 | 800.00 |

|   |   |
|---|---|
| SUBTOTAL | 12,400.00 |
| SHIPPING | 150.00 |
| TOTAL | 12,550.00 |
| PAYMENT | 12,550.00 |
| BALANCE DUE | **$0.00** |

**Tinted Brew, INC**
21416 Chase St Unit 1
Canoga Park, CA  91304 US
818-280-6900
info@tintedbrew.com
www.tintedbrew.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| GG Distribution | GG Distribution | **INVOICE #** | 1041 |
| B.O.E # LD Q STF 90-006948 | B.O.E # LD Q STF 90-006948 | **DATE** | 04/11/2018 |
| GG Distribution | GG Distribution | **DUE DATE** | 04/11/2018 |
| B.O.E # LD Q STF 90-006948 | B.O.E # LD Q STF 90-006948 | **TERMS** | DUE UPON RECEIPT |
| 463 E 4th St | 463 E 4th St | | |
| Los Angeles, CA  90013 | Los Angeles, CA  90013 | | |
| United States | United States | | |

**PAID**

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales** <br> Metal Collection <br> Silver: 100 <br> Rainbow: 100 <br> Black: 100 <br> Gold: 100 | 400 | 20.00 | 8,000.00 |
| **Sales** <br> Digital Collection <br> Black: 50 <br> Grey: 50 <br> Blue: 50 <br> Orange: 50 | 200 | 18.00 | 3,600.00 |
| **Sales** <br> Pod Packs | 200 | 4.00 | 800.00 |

| | |
|---|---|
| SUBTOTAL | 12,400.00 |
| SHIPPING | 150.00 |
| TOTAL | 12,550.00 |
| PAYMENT | 12,550.00 |
| BALANCE DUE | **$0.00** |

**Tinted Brew, INC**
21416 Chase St Unit 1
Canoga Park, CA  91304 US
818-280-6900
info@tintedbrew.com
www.tintedbrew.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| GG Distribution<br>B.O.E # LD Q STF 90-006948<br>GG Distribution<br>B.O.E # LD Q STF 90-006948<br>463 E 4th St<br>Los Angeles, CA  90013<br>United States | GG Distribution<br>B.O.E # LD Q STF 90-006948<br>GG Distribution<br>B.O.E # LD Q STF 90-006948<br>463 E 4th St<br>Los Angeles, CA  90013<br>United States | **INVOICE #** 1057<br>**DATE** 07/30/2018<br>**DUE DATE** 07/30/2018 |

**SHIP DATE**
07/30/2018

*PAID*

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Mi Pod Digital Edition<br><br>Digital Black: 150<br>Digital Grey: 150<br>Digital Blue: 150<br>Digital Orange: 150 | 600 | 18.00 | 10,800.00 |
| **Sales**<br>Mi Pod Metal Edition<br><br>Metal Rainbow: 150<br>Metal Silver: 150<br>Metal Gold: 150<br>Metal Black: 150 | 600 | 20.00 | 12,000.00 |
| **Sales**<br>Mi Pod Rave Edition<br><br>Peace: 150<br>Love: 150<br>Unity: 150<br>Respect: 150 | 600 | 21.00 | 12,600.00 |
| **Sales**<br>Mi Pod Packs | 2,500 | 4.20 | 10,500.00 |

| | |
|---|---:|
| SUBTOTAL | 45,900.00 |
| SHIPPING | 450.00 |
| TOTAL | 46,350.00 |
| PAYMENT | 46,350.00 |
| BALANCE DUE | **$0.00** |

**Tinted Brew, INC**
21416 Chase St Unit 1
Canoga Park, CA  91304 US
818-280-6900
info@tintedbrew.com
www.tintedbrew.com



# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| GG Distribution | GG Distribution | **INVOICE #** | 1062 |
| B.O.E # LD Q STF 90-006948 | B.O.E # LD Q STF 90-006948 | **DATE** | 08/22/2018 |
| GG Distribution | GG Distribution | **DUE DATE** | 08/22/2018 |
| B.O.E # LD Q STF 90-006948 | B.O.E # LD Q STF 90-006948 | **TERMS** | DUE UPON RECEIPT |
| 463 E 4th St | 463 E 4th St | | |
| Los Angeles, CA  90013 | Los Angeles, CA  90013 | | |
| United States | United States | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Sales**<br>Digital Collection<br>Black: 200<br>Grey: 200 | 400 | 20.00 | 8,000.00 |
| **Sales**<br>Metal Collection<br>Rainbow: 200<br>Black: 200<br>Gold: 200 | 600 | 22.50 | 13,500.00 |
| **Sales**<br>Rave Collection<br>Unity: 200<br>Peace: 200<br>Love: 100<br>Respect: 100 | 600 | 23.00 | 13,800.00 |
| **Sales**<br>Stars Collection<br>Dark: 200<br>Rose: 200<br>Tiffany: 100 | 500 | 25.00 | 12,500.00 |
| **Sales**<br>Pod Packs | 500 | 4.00 | 2,000.00 |

|  | SUBTOTAL | 49,800.00 |
|---|---|---|
|  | SHIPPING | 350.00 |

| | |
|---|---:|
| TOTAL | 50,150.00 |
| BALANCE DUE | **$50,150.00** |