

Gallinger Law <todd@gallingerlaw.com>

## Fwd: 2nd demand response

**Info GGDistro** <info@ggdistro.com>  Mon, Jan 14, 2019 at 1:44 PM
To: Todd Gallinger <todd@gallingerlaw.com>

### Forwarded Conversation
**Subject: 2nd demand response**
------------------------

From: **Info GGDistro** <info@ggdistro.com>
Date: Mon, Nov 19, 2018 at 5:42 PM
To: <dashcraft@swlaw.com>


Dear Mr.ASHCRAFT,

this is the response to your letter from GG DISTRIBUTION INC on behalf of Mr.Saquib Shoaib solely.

We are writing you this email just to clarify that we have never sold any of those **MI pods** or its said device counterfeit ever.we always bought our merchandise from T**inted Brew** and we have the invoices from them.  If you want me to provide those invoices we will gladly provide those.

Its sad to hear that your clients products are being counterfeiting and we whole as a industry oppose to these kind of events.  However we are a very well respected company in the industry and these kind of serious allegation can hurt our reputation very badly.i would request you to take GG DISTRIBUTION INC name off from the said cease and desist letter.


Regards,

GG DISTRIBUTION INC


----------
From: **Ashcraft, Damon** <dashcraft@swlaw.com>
Date: Tue, Nov 20, 2018 at 2:13 PM
To: Info GGDistro <info@ggdistro.com>


Dear Mr. Shoaib,


Please provide us with the invoices from Tinted Brew.  We except to have these by 5:00 P.M. Arizona time November 21st.


Regards,

Damon

J. Damon Ashcraft

Snell & Wilmer L.L.P.

One Arizona Center

Phoenix, Arizona 85004-2202

Office: 602.382.6389

Cell: 602.510.1640

dashcraft@swlaw.com  www.swlaw.com

## Snell & Wilmer

Denver, Las Vegas, Los Angeles, Los Cabos, Orange County, Phoenix, Reno, Salt Lake City, Tucson

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (602-382-6000), and delete the original message. Thank you.

**From:** Info GGDistro <info@ggdistro.com>
**Sent:** Monday, November 19, 2018 6:42 PM
**To:** Ashcraft, Damon <dashcraft@swlaw.com>
**Subject:** 2nd demand response

----------
From: **Info GGDistro** <info@ggdistro.com>
Date: Tue, Nov 20, 2018 at 2:20 PM
To: <dashcraft@swlaw.com>


THIS IS ONE OF THE INVOICES FROM TINTED BREW

----------
From: **Ashcraft, Damon** <dashcraft@swlaw.com>
Date: Mon, Nov 26, 2018 at 2:45 PM
To: Info GGDistro <info@ggdistro.com>


Mr. Shaoib,

Tinted Brew is an authorized distributor of genuine SV3 products. The counterfeit products referenced in our letters of November 8, 2018 and November 16, 2018 were not imported or distributed by Tinted Brew.

While you purport to respond solely on behalf of yourself and GG Distribution Inc., we are aware of your current and/or prior affiliations with other recipients of the aforementioned letters.

We reiterate our demands that you and GG Distribution Inc.:

1. Confirm you have ceased all use of SV3's federally registered and unregistered trademarks, including through the sale of SV3-branded MI-PODs;
2. Confirm you have ceased from manufacturing, importing, offering to sell and/or selling counterfeit SV3 products;
3. Provide an itemized accounting of all SV3-branded products sold by you and/or GG Distribution Inc.; and
4. Identify all domestic and foreign entities from which you and/or GG Distribution Inc. have received SV3-branded products.

We expect to have your written response to all four items above by 5:00 P.M. Arizona time Tuesday, November 27, 2018.

Regards,

Damon

J. Damon Ashcraft

Snell & Wilmer L.L.P.

One Arizona Center

Phoenix, Arizona 85004-2202

Office: 602.382.6389

Cell: 602.510.1640

dashcraft@swlaw.com   www.swlaw.com

Snell & Wilmer

Denver, Las Vegas, Los Angeles, Los Cabos, Orange County, Phoenix, Reno, Salt Lake City, Tucson

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (602-382-6000), and delete the original message. Thank you.

**From:** Info GGDistro <info@ggdistro.com>
**Sent:** Tuesday, November 20, 2018 3:21 PM
**To:** Ashcraft, Damon <dashcraft@swlaw.com>
**Subject:** Re: 2nd demand response

----------
From: **Info GGDistro** <info@ggdistro.com>
Date: Tue, Nov 27, 2018 at 4:33 PM
To: <dashcraft@swlaw.com>

Mr Ashcraft,

We mentioned earlier in the email that we dont sale any product (MI POD) or import by ourselves The merchandise we buy from is Tinted Brew. I have provided you with their invoice. And currenlt we have no merchandise what so ever in our warehouse. We do not sell any Mi Pod anymore beacuse of this confusion happened. We hope that you understand our stand point.

**3 attachments**

**image001.png**
4K

**image001.png**
4K

**Invoice_1062_from_Tinted_Brew_INC.pdf**
50K