TODD GALLINGER, ESQ. SBN 238666
AABRU MADNI, ESQ. SBN 317472
GALLINGER LAW PC
4401 N Atlantic Ave., Ste 235
Long Beach, CA 90807
949-862-0010
todd@gallingerlaw.com

Attorneys for Defendants GG Distribution, Inc., AND Reliance Trading, Inc., dba US Vape Wholesale

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SV3, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>GG DISTRIBUTION, INC., a California corporation; RELIANCE TRADING, INC., dba US VAPE WHOLESALE, a California Corporation; SPOTLESS DISTRIBUTION, INC., a California Corporation; and IE VAPOR, INC., a California Corporation,<br><br>Defendant(s) | Case No.: 5:19-cv-00046-JGB (SPx)<br>Hon. Jesus G. Bernal<br>Hon. Magistrate Sheri Pym<br>Ctrm: 1<br><br>DECLARATION OF ASAD MOHEMED |

TO THE COURT, THE PARTIES, AND THEIR COUNSEL:

I, Asad Mohemed declare:

1. I am an agent for Reliance Trading, Inc. dba US Vape Wholesale (Reliance Trading), and I make this declaration for the purpose of opposing the Ex Parte Application filed by SV3, LLC on January 14, 2019.

---

DECLARATION OF ASAD MOHEMED- 1

2. The matters contained in this declaration are true of my own knowledge, except as to those matters, which are stated on or appear as information and belief, and as to those matters, I believe them to be true.

3. I am familiar with Reliance Trading's sourcing of the SV3 Products it previously offered for sale.

4. Reliance Trading previously purchased all its SV3 Products from GG Distribution, Inc.

5. Reliance Trading was initially contacted by attorneys for SV3 in a cease-and-desist letter November 2, 2018 and again in a letter dated November 9, 2018.

6. Reliance Trading responded to SV3's counsel on November 19, 2018, providing assurances that they were not selling counterfeit products, that they would stop selling all SV3 products (due to the proliferation of counterfeits in the market), and requesting additional information about any of the counterfeit goods they were alleged to have sold, so that they could investigate the truth of SV3's claims and locate the source of any counterfeit goods. A copy of the letter sent to SV3's attorney is attached as Exhibit 1.

7. Reliance Trading never received any response from SV3 or its counsel until being notice of the present ex parte hearing.

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 15th day of January, 2019

By: _____

ASAD MOHEMED
Agent for Reliance Trading, Inc.

DECLARATION OF ASAD MOHEMED- 2