# Gallinger Law

## Business | Nonprofit | Wills & Trusts

J. Damn Aschraft
Snell & Wilmer LLP
One Arizona Center
400 East Van Buren Street
Suite 1900
Phoenix, AZ 85004-2202

November 19, 2018

Re:     SV3 Cease and Desist Letters
        Response from US Vape Wholesale

Dear Mr. Ashcraft,

We have received and reviewed your correspondence of November 2 and November 16, 2018. Please be informed that our law office has been retained by US Vape Wholesale with regards to this issue, so all future correspondence should be sent directly to our attention.

Although your November 16 letter claims you detailed the alleged IP violations, we do not find that to be the case. Your letter contains a description of marks, legal allegations of violation, but no evidence or specific facts relating to US Vape Whole. Without any knowledge of how they are alleged to have violated SV3's intellectual property, we are unsure how to respond.

US Vape Wholesale has informed me that they have never knowingly purchased a counterfeit product, in this matter or otherwise. They have often discontinued carrying brands when counterfeit are common in the marketplace, in order to protect company reputation and consumer safety. Please be informed that, for this reason, US Vape Wholesale will currently cease carrying and selling SV3 products, until marketplace confusion is cleared or a direct business relationship is reached with SV3. This will ensure that US Vape Wholesale never sell counterfeits, knowingly or unknowingly.

Hopefully this addresses your and your client's concerns. If you are able to provide information about the alleged violating goods, please do so - then we can attempt to locate the source of those orders to share. Please forward the relevant information, so US Vape Wholesale can attempt to search. Feel free to send us information via email, to todd@gallingerlaw.com.

Yours truly,

Todd E. Gallinger

200 N Main Street 2nd Floor
Santa Ana, CA 92701
949-862-0010 | www.GallingerLaw.com