Donald W. Bivens, *Pro Hac Vice*
dbivens@swlaw.com
Patrick W. Kelly, Bar No. 274588
pkelly@swlaw.com
SNELL & WILMER L.L.P.
350 South Grand Avenue, Suite 3100
Los Angeles, California 90071
Telephone: 213.929.2500
Facsimile: 213.929.2525

Attorneys for Plaintiff
SV3, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SV3, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GG DISTRIBUTION, INC., a California corporation;<br>RELIANCE TRADING, INC. dba US VAPE WHOLESALE, a California corporation;<br>SPOTLESS DISTRIBUTION, INC., a California corporation; and<br>IE VAPOR, INC., a California corporation,<br><br>Defendants. | Case No. 5:19-cv-00046-JGB (SPx)<br>Hon. Jesus G. Bernal<br>Hon. Magistrate Sheri Pym<br>Ctrm: 1<br><br>**Stipulation re Dismissal of Defendants GG Distribution, Inc. and Reliance Trading, Inc. dba US Vape Wholesale** |

1  Plaintiff SV3, LLC ("SV3") and defendants Reliance Trading, Inc. dba US Vape Wholesale ("Reliance Trading") and GG Distribution, Inc. ("GG Distribution"), by and through their respective attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree as follows:

## RECITALS

1. On January 7, 2019, SV3 filed a Complaint in the United States District Court for the Central District of California, titled *SV3, LLC v. GG Distribution, Inc., et al.*, Case No. 5:19-cv-00046-JGB (SPx).

2. On or about March 12, 2019, GG Distribution and Reliance Trading filed their answer to SV3's Complaint.

## STIPULATION

SV3, GG Distribution, and Reliance Trading hereby stipulate and agree as follows:

1. SV3 hereby dismisses GG Distribution and Reliance Trading from the action without prejudice; and

2. SV3, GG Distribution, and Reliance Trading will bear their own attorneys' fees and costs in connection with this action.

Dated:  July 29, 2019                             SNELL & WILMER L.L.P.

By: /s/ Patrick W. Kelly
Donald W. Bivens
Patrick W. Kelly

Attorneys for Plaintiff
SV3, LLC

| | |
|---|---|
| Dated: July 29, 2019 | GALLINGER LAW PC |
| | By: /s/ Todd E. Gallinger |
| |      Todd E. Gallinger |
| | Attorneys for Defendants<br>GG Distribution, Inc. and Reliance Trading, Inc. dba US Vape Wholesale |

<u>ATTORNEY ATTESTATION</u>

    I, Patrick W. Kelly, am the ECF User whose ID and password are being used to file this Stipulation re Dismissal. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: July 29, 2019 | SNELL & WILMER L.L.P. |
| | By: /s/ Patrick W. Kelly |
| |      Donald W. Bivens<br>     Patrick W. Kelly |
| | Attorneys for Plaintiff<br>SV3, LLC |